| Form **BCA-5.25**<br>(Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 6087-1744 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com<br><br>Remit payment in check or money order payable to Secretary of State. | This space for use by Secretary of State.<br><br>**FILED**<br>APR 1 8 2007<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br><br>Date:<br><br>Filing Fee: $10<br><br>Approved: _____ |

1. Title and Number of Case:

   Logan, et al. _____ first named plaintiff
   v.
   Eno, Inc., an Illinois Corporation _____ first named defendant

   Number  07 C 1805

2. Name of corporation being served: Eno, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: U.S. District, Northern Dist.
4. Title of instrument being served: Summons & Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____ ; the conditions
                                          Month & Day        Year
      of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____.
                                Month & Day        Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: c/o William Dudley, 810 Arlington Heights, Rd. #1, Itasca, IL 60143

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____   April 12   2007
   Signature of Affiant    Month & Day   Year

   ( 312 )  372-1361
        Telephone Number

**Return to (please type or print clearly):**

   LaKisha M. Kinsey-Sallis
   _____Name_____
   8 S. Michigan Avenue, 19th Floor
   _____Street_____
   Chicago         Illinois        60603
   City/Town        State          ZIP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

WILLIAM LOGAN, TERRENCE J. HANCOCK, JOHN LISNER, DEAN H. VANDER BAAN, THOMAS J. YONKER, and LAWRENCE GROOT, as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH AND WELFARE FUND, and WILLIAM LOGAN, TERRENCE J. HANCOCK, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

Plaintiffs,

v.

ENO, INC., an Illinois Corporation,

Defendant.

Dc ...
A: **07CV1805**
**JUDGE CONLON**
**MAG. JUDGE ASHMAN**

Designated
Magistrate Judge:

TO: ENO, Inc.
c/o William M. Dudley, President & Registered Agent
810 Arlington Heights, Rd. # 1
Itasca, IL 60143

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MICHAEL W. DOBBINS**
Michael W. Dobbins, Clerk
**DAVID JOZWIAK**
(by) Deputy Clerk

APR - 2 2007
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE:

NAME OF SERVER (PRINT)

TITLE

*Check one box below to indicate appropriate method of service-*

[ ]   Served personally upon the defendant. Place where served: _____
_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]   Returned unexecuted: _____
_____
_____

[ ]   Other (specify): _____
_____
_____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
           Date                          Signature of Server

                                        _____
                                        Address of Server